# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)* <br><br> Flaum, Joel M. | **2. Court or Organization** <br> United States Court of Appeals <br> for the Seventh Circuit | **3. Date of Report** <br><br> 5/10/07 |

| | | |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> United States Circuit Judge <br> Active | **5a. Report Type** (check appropriate type) <br> ___ Nomination, Date _____ <br><br> ___ Initial __X__ Annual ___ Final <br><br> **5b.** ___ Amended Report | **6. Reporting Period** <br><br> 01/01/06 – 12/31/06 |

| | |
|---|---|
| **7. Chambers or Office Address** <br> 219 South Dearborn Street, Su. 2702 <br> Chicago, Illinois 60604 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Chairman Emeritus | Northwestern Univ. School of Law Visiting Committee (renamed Northwestern Law Board) |
| Counselor | The Chicago Inn of Court |
| Member, Board of Trustees | American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

RECEIVED 2007 MAY 15 A 10: 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 2005 | Income from law firm partnership-Mayer, Brown, Rowe & Maw LLP, Chicago, Illinois |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Union League Club Chicago, Illinois | Federal Judicial Guest Privileges | $ See Section VIII |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Flaum, Joel M. | 5/10/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. x Checking/Savings Account The Northern Trust Co. x Chicago, Illinois | C | int. | M | T | | | | | |
| 2. x Capital contributions related to law firm* x partnership, The Northern Trust Co., Chicago, Illinois | D | int. | M | T | Contri-bution | 1/06–12/06 | J | D | |
| 3. x Savings Plan/401(k) related to law firm* x Bank of Oklahoma Tulsa, Oklahoma | D | int. | N | T | Contri-bution | 1/06–12/06 | L | D | |
| 4. x Partner Cash Balance Program related to law x firm* partnership | F | int. | O | T | Contri-bution | 1/06–12/06 | L | E | |
| 5. x Checking Account Amalgamated Bank xx Chicago, Illinois | A | int. | J | T | | | | | |
| 6. xx Savings Account Amalgamated Bank xx Chicago, Illinois | C | int. | M | T | | | | | |
| xx | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 *Mayer, Brown, Rowe & Maw LLP | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,00 ,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Re:   PART V:

The Union League Club of Chicago is a social and civic association with dining and athletic facilities located adjacent to the federal complex in Chicago.  The Club offers guest privileges to federal judges.  The charge for these limited privileges is currently $816 a year (the yearly dues for full Club membership is $2724). Members of the federal judiciary who receive such Club privileges may not hold office, serve on committees, or be entitled to vote.  Judicial officers with these guest privileges pay for food and the athletic facilities on the same basis as Club members.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu                                               Date   May 10, 2007

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544